CITY OF MIDLAND *v.* SURATH

Appeal from Midland, Rood (James R.), J. Submitted Division 2 December 6, 1968, at Grand Rapids. (Docket No. 4,295.) Decided December 20, 1968.

Complaint by the City of Midland, a municipal corporation, against William Surath and Ruth Surath to take certain property owned by defendants for public improvements. Condemnation ordered, and compensation awarded to defendants. Defendants appeal. Affirmed.

*Joel H. Kahn* and *Travis, Warren, Nayer & Burgoyne,* for plaintiff.

*Bower and Morris,* for defendants.

PER CURIAM. Defendants appeal from a jury's award of compensation for the taking of their property by eminent domain, alleging that the award is not within the range of the evidence.

An examination of the record and briefs discloses evidence to support the award.

Affirmed. Costs to appellee.

R. B. BURNS, P. J., and J. H. GILLIS and CORKIN, JJ., concurred.